**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 0:26-cv-61609-LEIBOWITZ**

**PAULA REITICH, *et al*,**

*Petitioners,*

*v.*

**SECRETARY MARKWAYNE MULLIN,**
***et al.*,**

*Respondents.*
_________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal [ECF No. 7]. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED *without prejudice.*** The ***Clerk of Court*** is *directed* to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on August 6, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record